UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RUPERT WARD, JR., #251 750 | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 2:10-cv-532-ID |
| v. | )           (WO) |
| | ) |
| CHASE LITTLE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### **O R D E R**

On July 26, 2010, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 7). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED and ADJUDGED that

1. The Recommendation of the Magistrate Judge (Doc. #7) be and the same is hereby ADOPTED, APPROVED, and AFFIRMED;

2. The Plaintiff's complaint (Doc. #1) against the Defendants challenging events which occurred on or about June 14, 2005 be and the same is hereby DISMISSED with prejudice pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i) because the Plaintiff failed to file the complaint with regard to these allegations within the time prescribed by the applicable period of limitation;

3. The Plaintiff's state law claim(s) be and the same are hereby DISMISSED

1

without prejudice; and

    4.  The Plaintiff's complaint (Doc. #1) be and the same is hereby DISMISSED prior to service of process.

    Done this the 31st day of August, 2010.

                  /s/ Ira DeMent
                  SENIOR UNITED STATES DISTRICT JUDGE