UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION


RUPERT WARD, JR.,  #251 750           )
                                      )
        Plaintiff,                    )
                                      )  CASE NO. 2:10-cv-532-ID
v.                                    )            (WO)
                                      )
CHASE LITTLE, *et al.*,               )
                                      )
        Defendants.                   )

## JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the Court, it is

ORDERED and ADJUDGED that judgment is entered in favor of the Defendants.

The clerk of the court is directed to enter this document on the civil docket as a final

judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 31st day of August, 2010.


/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE


1